AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| **ANTHONY JACKSON** | ) Case No: 2:10CR20285-02-SHM |
| a/k/a "Boo" | ) USM No: 24400-076 |
| Date of Original Judgment: 06/29/2012 | ) |
| Date of Previous Amended Judgment: | ) David Bell |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     ___*11/18/2015*___          ___*s/ Samuel H. Mays, Jr.*___
                                                    *Judge's signature*

Effective Date:   ___11/18/2015___          SAMUEL H. MAYS, JR., UNITED STATES DISTRICT JUDGE
                  *(if different from order date)*          *Printed name and title*